IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, N.A.,         )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )    2:12cv430-MHT
                                )        (WO)
CENTRAL ALABAMA                 )
INDUSTRIALIZATION               )
CENTER, INCORPORATED,           )
                                )
    Defendant.                  )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 27), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 23rd day of January, 2013.

                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE